RECEIVED

OCT 1 1 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



FILED LS

11/15/2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Earl J. Wilson

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:19-cv-06742
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cummings
PC3

vs.

Tom Dart
c/o Gunnishing

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
   U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

A.   Name: _Earl A Wilson_

B.   List all aliases: _____

C.   Prisoner identification number: _2017 0428 208_

D.   Place of present confinement: _Cook County D.O.C_

E.   Address: _2650 S California Chig IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Tom Dart_

Title: _Sheriff_

Place of Employment: _Cook County Jail_

B.   Defendant: _Yo Gunnishing Jo_

Title: _Cook County Yo_

Place of Employment: _Cook County Jail_

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                          Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**



A.  Name of case and docket number: _____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.  List all defendants: _____

_____

_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____

G.  Basic claim made: _____

_____

_____

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): _____

_____

_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

① page

On The Date of 9-20-18 I was Sitting In A Chair On Tier 3-G Located In Division 8-R-T-U on The Phone Conversating With my Son when other Detainees Told me That Another Detainee (Michael Lewis) was Allowed To Enter 3-G unAuthorized Along with Another Detainee named Nikita Young. Both of These do was Housed on 3-f And Officer Gunnishing was Aware of This And Allowed Them To Position Themselves To Cause Me Harm, Michael Lewis Asked To Speak with Me About An ongoin Problem That existed between us, I Told The Detainee who Relayed The Message from Michael Lewis To Tell Him I was On The Phone And could

② page

not TALK Right Now". The DeTainee
Went To The Door where Both Nikita
young And Michael Lewis WAS Waiting
with Officer Gunnishing AS The DeTainee
Relayed my Message of The Danial To
Conversate At This Moment. So Gunnishing
Allowed Both DeTainees To Enter 3CG
unAuthorized AS Michael Lewis Approached
Aggressively stating ("whats up") belligerently.
I Asked Him Respectfully To get Away
from Me And Stood up And To My
Right NiKiTA Young stared Menacely
At Me And Then They Attacked me, AS I
At That Time (I tryed To Defend my
Self.) NiKita Young Had Jumped over
The Table over The Officer And struck
me in The Head And in my fACE twice
Busting My lip and chipping my Teeth

③ page.

And Struck me 2 or 3 more in my Eye.
(my Left Eye) Fracturing my inner Eye
Bone on my Face. The C/o Stood by as I
was Brutally Attacke by These two
Detainees leading me To Believe he was
in on it "(The Attack)" because his Actions
was Milicious & Arbitrary #①. Deliberate
Reckless Indifference: C/o Gunnishing
was fully Aware That These Two detainees was
Asking For Me At The Door Aggresively To
Do Harm To Me ② Proof of Knowledge
That C/o Gunnishing Knew These detainees was
not on "3-G". Added with The Fact of
Keeping These Attackers At The Door in-
stead of Making Them leave, And
Said Attackers Assaulted Me,
Making Me Believe That C/o Gunnishing
was in The Conspiracy To Assualt Me.



(C) C/o Gunnishing Observed belligerent state of Mind These two Attackers was In, And still Allowed Them on 3-G Knowing They was Housed on 3-f. C/o Gunnishing Acted with A Malicious Culpable State of Mind Allowing Detainees Michel Lewis & Nikita Young To Gain Access To Me by Allowing Them To enter The Tier 3-G unauthorized, which is prohibited by Departmental Policy: C/o Gunnishing Actions expresses Deliberate Indifference At The Very least Subsequently leading up To and There by birthing my Attack:

"Count #"2" failure To protect At All Times, when C/o Gunnishing was Assigned To Tier 3-G one of his Requirements and Basic necessity is To provide Security for All within his



Control: A Officer whom chooses To Neglect This duty To Provide Safety is like A uniform Void of physical Presence.

1. The Tier Door is locked and Secured At All Times for The Safety of detainees As well As Staff, It is A well Known Fact And Pattern That Many detainees in Div-8 RTU Have been Victims of ASSAults" Due to unsecured doors either Open or AjAr, or in My CASE Invited In unAuthorized.

2. It is Prohibited by CC DOC Policy And Institutional Rules And Regulations for Detainees To Move About freely And unAuthorized And off. Gunnishing Know-ledg These two Aggressive Detainees wasn't on his Assigned Tier 3G Through his own unit Count/ by There I D's And The fact That He initially Held Them off of



page.

The Tier Then he permitted These Two Aggressive Detainees To Attack Me, Violating Policies/Rules And Regulations Subsequently Assaulting Me.

③ C/O Gunnishing further more failed To Protect Me As he Watched The initial Approach Of Attackers initiated A heated Altercation Verbally evolving into A physical Attack: C/o Gunner WAS equipped with A Walkie Talkie wich he could of Radioed Help As Soon As he seen Them At The Door Acting Aggressive. I find it Disturbing That The Department To be Represented by Such encompitence.

④ After The Attack A Jail House Knife was discovered believe to be The weapon used Against Me. During The Arrival Of

Detainees it is The Policy To Shake Said Detainees Down To insur no contraband is introduced into That Tier, % Gunnishing failed To do So..

"Damages Suffered"

(1) Deliberate Indifference..

(2) failure To Protect ...

(3) Arbitrary Intent...

A. lip Busted.

B. front Toothe Severly chipped.

C. loose Teethe.

D. Eye Socked fractured.

E. Blurred Vision.

f. Herniated Disc 4th Vertebrata.

All As a direct Result of % Gunnishing unprofessionalism.

Relief Requested

for the numerous Reasons & Damages
Suffered I Demand That Compensatory
Damages As well As punitive Damages
be Determined at The Time of
Settlement; In The MAXimum Amount.

The Plaintiff Demands That The case be
Tried By a Jury [✓] yes [ ] No

Signature of Plaintiff:
O. Earl A. Wilson

Date: 8-24-2019

(Print Name) EARL A Wilson

(I.D.#) 2017-0428208

(Address) P.O. Box 089002
Chicago, Ill 60608

5                              Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for The Numerous Reasons I would
like for 4o 'Punnishing To Repremended And
The Amount Of Damages To be 'Determined At
Trial.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **24** day of **September**, 20 **19**

_Earl A. Wilson_
(Signature of plaintiff or plaintiffs)

EARL A Wilson
(Print name)

2017-0428208
(I.D. Number) P.O.BOX 089002
Chicago, Ill 60608

(Address)

6                    Revised 9/2007

Inmate Grievance Number:  **201811814**

Your allegation(s) have been forwarded to the Offices of
Professional Review and Divisional Superintendent for review
and/or investigation.

You may follow-up with the Office of Professional Review by
contacting their office directly  *or*  submitting an inmate request
form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

# INMATE COPY

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condadode Cook)*

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)* | |
|---|---|
| ☑ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de Identificación del Preso)* |
|---|---|---|
| Wilson | Earl A | 2017042828 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| Div 8 3n | 3n | 8-24-2018 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 9-20-2018 | 6:30 pm | Div 8 R.T.U. 3G | Officer (Gunderson) |

On 9-20-2018 at 6:30pm I was at the phone talking to my son, when someone told me that one of the other inmates wants Big Mike. Told me to come here I Tell them to tell him I'm I was on the phone and couldn't come. The next thing I know the officer had let them out the wing from off F wing and He was standing wright beside me asking me what's up. I told Him to get the fuck away from me and I got up on the

| NAME OF STAFF or INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* |
|---|---|
| | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. | | |
|---|---|---|
| CRW/PLATOON COUNSELOR (Print): Richardson | SIGNATURE: Richardson | DATE CRW/PLATOON COUNSELOR RECIEVED: 9-24-18 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 14)     (WHITE COPY - INMATE SERVICES)     (YELLOW COPY - CRW/PLATOON COUNSELOR)     (PINK COPY - INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)**

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Wilson | Karl A. | 2017042 8208 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| Div 8 | 3 N | 8-24-2018 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control #, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarias.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya le ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horal del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 8-20-2018 | 6:30 am | Div 8 L.T.U 3G | officer Gunn, Sharp |

wheel chare and I look to my far wright and it was another
Inmate the officer and I si on G wing from off F wing
standing there and we all started fighting the other Inmate
Jump on the table over the officer and Hit me in the head and In
my face twise bussing my lip and chipping my teeth, and Two
or Three more times i day Eye, my Left eye preaching my right
eye bone, all I was thinking about was why would the officer

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* |
|---|---|
| | K. Wilson |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Richardson | Richardson | 9-04-18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40x)(AUG 18) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (I Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent: _____<br>☐ Other: _____ |

| PRINT - INMATE LAST NAME (Apellido del Preso):<br>Wilson | PRINT - FIRST NAME (Primer Nombre):<br>Earl A. | INMATE BOOKING NUMBER (# de Identificación del Preso):<br>2017 0429 208 |
|---|---|---|
| DIVISION (División):<br>Div 8 | LIVING UNIT (Unidad):<br>3 N | DATE (Fecha):<br>8-29-2018 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja tuvo que haber pasado en los últimos 15 días calendaria a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>(Fecha del Incidente)<br>8-20-2018 | REQUIRED -<br>TIME OF INCIDENT<br>(Horad del Incidente)<br>6:30 p.m. | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>(Lugar Específico del Incidente)<br>Div 8 R.T.U 36 | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>(Nombre y/o Identificación del Acusado)<br>Officer Gunnishing |
|---|---|---|---|

let both of then on G wing from off F wing to attack me
like that. Cause the officer knew about this hit and me all
He was in on it. I later found out that the other Inmate
Had a knife and was trying to stab me. why would the
officer let them on the wing?, why would He unlock the
Door for them?, Even if the Door was open He knew who Belongs
on G wing and who Don't This is not the First Time He has
worke G wing

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:<br>(Nombre del personal o presos que tengan información:) | INMATE SIGNATURE : (Firma del Preso):<br>Earl A Wilson |
|---|---|

### SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print):<br>Richardson | SIGNATURE:<br>Rockmalom | DATE CRW/PLATOON COUNSELOR RECIEVED:<br>1-14-18 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| NO01917 | NX-17757 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Wilson | Earl | 20170426308 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** QRU - Failure to protect

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):*  U.F.R-1

**DATE REFERRED:** 9/24/18

## RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV /DEPT. | DATE: |
|---|---|---|---|
| SUPV L FENDERSON | | ADMIN | 9/24/18 |

## THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Earl Wilson | 9-24-2018 |

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso*)

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso)*:_____/_____/_____

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes *(Si)* ☐    No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a).)*

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a).)*: | DATE *(Fecha)*: |
|---|---|---|
| | | _____/_____/_____ |

## THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| | _____/_____/_____ |

| (FCN-40b) ( AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |
|---|---|---|---|

*TO BE COMPLETED BY INMATE*



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Al~~_____~~ Condado de Cook)*

**NON-COMPLIANT GRIEVANCE RESPONSE FORM**
*(Interno no Queja Solicitud Respuesta)*

## INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)* | PRINT - FIRST NAME *(Primer Nombre)* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Wilson | | 20170428302 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | INMATE'S GRIEVANCE FORM DATE *(Fecha):* |
|---|---|---|
| | 3-G | 1-15-18 |

| INMATE # (SHORT #) *(# Del Preso) (# corto):* | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.):* |
|---|---|---|
| 2017428 | 440 | |

## REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

## RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, o no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida, la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

440 - *(handwritten, illegible)*

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal a presos que tengan información.)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal a presos que tengan información)* | DATE *(Fecha):* |
|---|---|---|
| Wilson | | 1/16/19 |

## INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)* | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta):* |
|---|---|
| | 1-29-019 |

(FCN-40c)(AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

To Whom it
May Concern.                    11-15-2018
                                10:30 AM

My Name is
Earl L Wilson # 20170428208

      I am writting you about
an Incident that happend on
9-20-2018 and I wrote a grievance on
it on 9-24-2018 and I have not herd
anything back on it at all in this
Matter. My grievance # is 201811814
            from my understanding
of the rule, I was spose to have gotten
a writin response back from you all
with in 30 days, but I have not at
all. Can some one please help me in this
Matter soon as possible.
                  Thank you

            Sincerly

            Earl L Wilson

To Whom it
My Concern.                    1-28-2019
                               10:30 AM

        My Name is
Earl L Wilson 20170428208

        I am writing you about
a letter that I wrote you all on 11-15-2018
That I have not herd anything back on
it at all in This Matter. This is The
second letter That I am asking for the
O.P.R. Report on The incident That
Append on 9-20-2018.

        I wrote a grievance on on
This Matter on 9-24-2018, grievance #2018/184
and still no Reply Back from any one at
your office on an O.P.R Report. Can someone
at this office give me a response back
please!. It has been well over 30 days since
this matter that I have not got anything
back.
        Thank you

        Sincerly
        Earl L Wilson

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
      -vs- )   No.  17 CR 7813
)
EARL WILSON )

SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETINGS:

    WE COMMAND THAT YOU SUMMON        COOK COUNTY JAIL
                                           26TH & CALIFORNIA
                                         CHICAGO, ILLINOIS

to appear to testify before the Honorable **JUDGEBAKALIS C/O JUDGE MALDONADO** on **OCTOBER 10, 2018** in **Room 305**, Circuit Court, 16501 S KEDZIE, MARKHAM, Illinois at 9:00 a.m.

    **YOU ARE COMMANDED ALSO** to bring the following:

    ANY AND ALL JAIL RECORDS, HOUSING RECORDS, DISCIPLINARY RECORDS, RECORDS OF ANY FIGHTS, MEDICAL RECORDS REGARDING **EARL WILSON, DOB 12/2/72, ID#2107-0428208, FROM AUGUST 24, 2018 TO THE PRESENT,** in your possession or control.

                      <u>COPIES WILL SUFFICE IN LIEU OF COURT APPEARANCE.</u>

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT OF CONTEMPT OF THIS COURT.

                           WITNESS    **<u>SEPTEMBER 28, 2018</u>**

                                             Clerk of Court

                                           *Dorothy Brown*

Attorney No.   91580
Name          **LAFONZO PALMER,** Assistant Public Defender
Attorney for   **EARL WILSON**
Address     2245 W. OGDEN 7TH FLR
City         Chicago, Illinois   60612
Telephone   (312) 433-5320  Fax    (773) 674-3247

I served this Subpoena by handing a copy to                                           on

                                SERVED BY

DIRECT INQUIRIES TO:       **DOROTHY BROWN**
                         Clerk of the Circuit Court, Criminal Division
                         2650 S. California Ave., Chgo., IL 60608

           NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT
           DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



EARL A. WILSON 2017-0428288

DIV 8 R.T.u 3-G

P.O. BOX 089002

Chicago, Ill 60608

CERTIFIED MAIL

10/11/2019-5

RECEIVED

OCT 11 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CLeRK of the U.S DisTRicT CouRT

UNiTED STATES COURT HousE

219 South DeaRBoRN STReeT

Chicago, Ill 60604

1:19-cv-06742
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cummings
PC3



$14.15