# UNITED STATES DISTRICT
# COURT NORTHERN
# DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| Earl Wilson, | | ) | |
| | | ) | |
| | Plaintiff, | ) | 19 C 6742 |
| | | ) | |
| | vs. | ) | Honorable Judge |
| | | ) | Mary M. Rowland |
| Gunnishing | | ) | |
| | | ) | |
| | Defendants. | ) | |

### DEFENDANTS' STATUS REPORT

NOW COME, Thomas Dart and Officer Gunnishing, ("Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, and through one of her assistants, Bianca B. Brown, Assistant State's Attorney, respectfully submits the following Defendants status report:

1.  Plaintiff, Earl Wilson, is currently an inmate at the Cook County Jail.

2.  On January 11, 2021, undersigned counsel issued written discovery in the form of Interrogatories and Requests to Produce to Plaintiff. Plaintiff responded to Defendants Interrogatories, but not the Requests to Produce. Undersigned counsel spoke with Plaintiff on March 19, 2021 via Zoom videoconference and inquired why Plaintiff had not responded to the Requests to Produce, Plaintiff indicated that he did not have any documents independent of the CCDOC documents (over 600 pages) that undersigned counsel tendered to him on January 11, 2021.

3.  On January 20, 2021, undersigned counsel showed Plaintiff the video evidence associated with this case via Zoom videoconference.

4.  Since February 2021, Plaintiff has contacted undersigned counsel several times via phone requesting that the parties settle. On March 19, 2021, undersigned counsel spoke with Plaintiff via Zoom videoconference, at which time Plaintiff indicated

that he wanted to settle. At that time, undersigned counsel did a query of pending cases and noticed that Plaintiff has a pending case, 20 C 7009, which he is represented by counsel against Thomas Dart who is a Defendant in the instant case.

5. In an effort to do due diligence and work with Plaintiff, undersigned counsel obtained approval to settle the instant case without releasing the, 20 C 7009 matter. On March 29, 2021, undersigned again spoke with Plaintiff regarding settlement and told Plaintiff about carving out the, 20 C 7009, case from the instant cases settlement. At that time, Plaintiff did not want to settle and indicated that he did not want to participate in a settlement conference.

6. Due to undersigned counsel focusing on settling with Plaintiff, Plaintiff's deposition has not been taken. Fact discovery closes on March 30, 2021.

7. Undersigned counsel requests that fact discovery be extended until May 17, 2021 to give undersigned counsel an opportunity to take Plaintiff's deposition. This is Defendant's first request for an extension and does not prejudice any party in this case.


Respectfully submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

By:   /s/ *Bianca B. Brown*
      Bianca B. Brown
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-6638